

**OKUN | ODDO & BABAT,** P.C.

ATTORNEYS AT LAW

WILLIAM A. OKUN
DAVID M. ODDO
ERIC M. BABAT

MATTHEW SALIBA
DARREN SEILBACK

ADAM D. POLO
MARLA JONAS
OF COUNSEL

8 WEST 38TH STREET, 10TH FL.
NEW YORK, NEW YORK 10018

TEL 212.642.0950
FAX 212.642.0953
WWW.OOBLAW.COM

HON. RANDOLPH JACKSON
JUSTICE NYS SUP. CT. (RET.)
OF COUNSEL

August 30, 2016

Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

       **Re:**    **Benevida Foods, LLC v. Advanced Publishers, Inc. 15-CV-02729**
                Joint Letter: Stipulation of Dismissal with Prejudice

Dear Judge Freeman,

      Please be advised that parties have reached a settlement in this case. Enclosed is a stipulation of dismissal with prejudice and we respectfully request that it be so ordered. Thank you for your assistance in this matter.

Very Truly Yours,

Darren Seilback

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

BENEVIDA FOODS, LLC,  :   Index No. 15 CIV 2729 (LTS)

          Plaintiff/Counterclaim Defendant,  :

          -against-  :   **STIPULATION OF DISMISSAL
WITH PREJUDICE**

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a  :
CONDE NAST,

          Defendant/Counterclaimant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff-Counterclaim

Defendant Benevida Foods, LLC and Defendant-Counterclaimant Advance Magazine Publishers

Inc. d/b/a Conde Nast, by and through their undersigned attorneys, that the above-captioned

action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated:  August 26 , 2016

Eric Babat, Esq.
Okun, Oddo & Babat, P.C.
8 West 38th Street, Suite 1002
New York, NY  10018
email: ebabat@ooblaw.com

*Attorneys for Plaintiff-Counterclaim
Defendant Benevida Foods, LLC*

Robert Penchina
Rachel F. Strom
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6109

*Attorneys for Defendant-Counterclaimant
Advance Magazine Publishers Inc.*

**SO ORDERED:**

_____  **Date:** _____
**U.S.D.J.**