Swain, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

BENEVIDA FOODS, LLC,                          :    Index No. 15 CIV 2729 (LTS)

    Plaintiff/Counterclaim Defendant,    :

    -against-                                       :    **STIPULATION OF DISMISSAL**
                                                                    **WITH PREJUDICE**
ADVANCE MAGAZINE PUBLISHERS INC. d/b/a     :
CONDE NAST,
                                                                :    USDC SDNY
    Defendant/Counterclaimant.           :    DOCUMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x    ELECTRONICALLY FILED

    DOC #: _____

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff-Counterclaim    DATE FILED: 9.6.16

Defendant Benevida Foods, LLC and Defendant-Counterclaimant Advance Magazine Publishers

Inc. d/b/a Conde Nast, by and through their undersigned attorneys, that the above-captioned

action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: August 26, 2016

_____
Eric Babat, Esq.
Okun, Oddo & Babat, P.C.
8 West 38th Street, Suite 1002
New York, NY 10018
email: ebabat@ooblaw.com

*Attorneys for Plaintiff-Counterclaim*
*Defendant Benevida Foods, LLC*

_____
Robert Penchina
Rachel F. Strom
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6109

*Attorneys for Defendant-Counterclaimant*
*Advance Magazine Publishers Inc.*

The clerk of Court is requested to close this case.

**SO ORDERED:**

_____    Date: 9/6/16
U.S.D.J.

tm